UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| FABRIC TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISCC, INC., A CALIFORNIA CORPORATION; LANE COOPER; GALILEO MORALES; and Does 1 through 100, inclusive,<br><br>　　　　Defendants. | No.　2:07-CV-00076-GEB-KJM<br><br>**[PROPOSED]**<br>**ORDER RE STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16−271** |

　　Pursuant to the parties' Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) filed April 13, 2007, the Court Orders as follows:

　　The above-matter is hereby referred to VDRP.

DATED: April 18, 2007

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



1
PROPOSED ORDER RE STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP