IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FABRIC TECHNOLOGY, INC., | ) | 2:07-cv-076-GEB-KJM |
| | ) | |
|        Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
|   v. | ) | CONFERENCE |
| | ) | |
| ISCC, INC., a California corporation; LANE COOPER; GALILEO MORALES; and DOES 1-100, inclusive, | ) ) ) ) | |
|        Defendants. | ) ) | |

      On June 4, 2007, the parties filed a Joint Status Report ("JSR") requesting "that the case be re-calendared for scheduling in approximately 60 days" since the parties' scheduled VDRP "hearing was cancelled . . . and [the parties] are in the process of rescheduling the session to a date that is as early as possible." (JSR at 5, 4.) The parties did not propose any scheduling dates. Accordingly, the Status (Pretrial Scheduling) Conference currently set for June 18, 2007 is rescheduled to commence at 9:00 a.m. on August 13, 2007. The

parties shall file a JSR no later than fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  June 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the JSR does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2