IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FABRIC TECHNOLOGY, INC.,

     Plaintiff,                                    No. CIV S-07-76 GEB KJM

     vs.

ISCC, et al.,

     Defendants.                             <u>ORDER</u>

_____/

     Defendant's motion to withdraw admissions came on regularly for hearing June 4, 2008. Joy Rosenquist appeared for plaintiff. Curtis Leavitt appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, having carefully considered Federal Rule of Civil Procedure 36(b) and the applicable case law, and good cause appearing therefor, the court finds promotion of the merits of the case is paramount among the relevant factors, and plaintiff will not be prejudiced if the motion is granted. Accordingly, THE COURT ORDERS AS FOLLOWS:

     The motion to withdraw admissions is granted.

DATED: June 5, 2008.

                                                            U.S. MAGISTRATE JUDGE

006 fabrictech.oah

1