UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FABRIC TECHNOLOGY, INC.,              )
                                      )      2:07-CV-00076-GEB-KJM
            Plaintiff,                )
                                      )
            v.                        )      ORDER
                                      )
ISCC, INC., a California              )
corporation; LANE COOPER; GALILEO     )
MORALES,                              )
                                      )
            Defendants.               )
_____ )

        Defendants filed a motion for discovery sanctions and for
amendment of the Status (Pretrial Scheduling)Order on November 26,
2008.  The discovery sanctions portion of the motion appears
premised on Defendants' assumption that the October 15, 2008
"discovery completion" date in the Status (Pretrial
Scheduling)Order will be changed.

        However, Defendants have disregarded the definition of
"completed" in the Status (Pretrial Scheduling)Order filed on
September 28, 2007.  The Order states "'completed' means that all
discovery shall have been conducted so that all depositions have
been taken and any disputes relative to discovery shall have been

resolved by appropriate orders, if necessary, and, where discovery

has been ordered, the order has been complied with or,

alternatively, the time allowed for such compliance shall have

expired."  Defendants do not provide sufficient explanation as to

why they waited as long as they did to take Plaintiff's deposition,

and why they should be allowed to litigate the sanctions portion of

their motion in light of how "completed" is defined in the Order.

Nor have Defendants shown good cause justifying changing the

prescribed discovery completion deadline.  Therefore, Defendants'

motion for discovery sanctions and for amendment of the discovery

completion date is denied.

IT IS SO ORDERED.

Dated:  December 1, 2008

GARLAND E. BURRELL, JR.
United States District Judge